IN THE DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ANGELIA PETTUS, as Parent and Next Friend of K.P., a Minor,<br><br>**Plaintiff,**<br><br>v.<br><br>**CONWAY SCHOOL DISTRICT,**<br><br>**Defendant.** | No. 4:18-cv-00872-BSM |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to dismissal of the above-captioned cause of action.

Dated: February 8, 2019.

    Respectfully Submitted,

    /s/ Thomas Nichols
    Thomas Nichols – Attorney for Plaintiff
    Ark. Bar No. 2009120
    Disability Rights Arkansas, Inc.
    400 West Capitol Ave., Suite 1200
    Little Rock, AR  72201
    p: (501) 296-1775
    f:  (501) 296-1779

    /s/ Jay Bequette
    Jay Bequette – Attorney for Defendant
    Ark. Bar No. 87012
    Bequette, Billingsly & Kees
    425 West Capitol Avenue
    Suite 3200
    Little Rock, AR  72201
    p: (501) 374-1107
    f:  (501) 374-5092